

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2019

No. 04-19-00457-CV

**EX PARTE C.D.R.**

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 33751
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

The trial court signed a final judgment on May 30, 2019. Therefore, the notice of appeal was due to be filed on July 1, 2019. *See* TEX. R. APP. P. 26.1. A motion for extension of time to file the notice of appeal was due on July 16, 2019. *See* TEX. R. APP. P. 26.3. Appellant filed two notices of appeal. The first notice includes a certificate of service, which is dated July 1, 2019, but the notice was filed on July 2, 2019. The second notice amends the caption and includes a certificate of service, which is also dated July 1, 2019, but the notice was filed on July 3, 2019. Although appellant filed his notices of appeal within the fifteen-day grace period allowed by Rule 26.3, he did not file a motion for extension of time.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

It is therefore ORDERED that appellant file, within fifteen days from the date of this order, a response presenting a reasonable explanation for failing to file a notice of appeal in a timely manner. If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). All other appellate deadlines are suspended until further order of this court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2019.



Keith E. Hottle,
Clerk of Court